**07CRIM 685**

| | |
|---|---|
| TO: <u>Jim Molinelli, Miscellaneous Clerk</u> | OFFENSE: <u>Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine; 21 USC 841(a)(1) and 841(b)(1)(B)(iii)</u> |
| FROM: <u>Kyle D. Crayton Sr. U.S. Probation Officer</u> | ORIGINAL SENTENCE: <u>Sixty (60) months imprisonment, followed by four (4) years supervised release.</u> |
| RE: <u>Ramsey, Colin</u> | SPECIAL CONDITIONS: <u>Drug testing and treatment, educational/vocational training, $100 special assessment</u> |
| DOCKET #: <u>CR-01-344-01</u> | AUSA: <u>To be assigned</u> |
| DATE OF SENTENCE: <u>November 2, 2001</u> | DEFENSE: <u>To be assigned</u> |
| DATE: <u>July 16, 2007</u> | MED: <u>June 13, 2010</u> |

ATTACHMENTS:   PSI <u>X</u>  JUDGMENT <u>X</u>  PREVIOUS REPORTS   VIOLATION PETITION

REQUEST FOR:   WARRANT ___   SUMMONS ___   COURT DIRECTION <u>X</u>

------------------------------------------------------------------------

### REQUEST FOR ACCEPTANCE OF JURISDICTION

Colin Ramsey was sentenced in the District of Columbia on November 2, 2001, as outlined above. He was released from custody on June 14, 2006, to commence his supervised release term. On June 27, 2007, the District of Columbia initiated a transfer of jurisdiction with their Court, given Ramsey's residence and ties to the Southern District of New York.

Attached please find Probation Form 22 signed on June 27, 2007, by the Honorable Colleen Kollar-Kotelly, U.S. District Judge for the District of Columbia, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.



**RECOMMENDATION:**

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Prob 22), be endorsed and returned to our office.

                                                Respectfully Submitted:

                                                Chris J. Stanton
                                                Chief U.S. Probation Officer

                             By:      _____
                                                Kyle D. Crayton
                                                Sr. U.S. Probation Officer
                                                (212) 805-5154

Approved by:_____ 7/16/07
               Enid Febus        Date
               Supervising U.S. Probation Officer