UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :

      - v -                       :        <u>Order</u>
                                           07 Cr. 685 ~~(RJS)~~ (KMK)

Colin Ramsey                        :

           Defendant.           :

------------------------------------X

    Upon the application of **PETER TSAPATSARIS, ESQ.**, of the Federal Defenders of New York, Inc., it is hereby

    **ORDERED** that Colin Ramsey has the Court's permission to apply for a United States passport.

Dated: New York, New York
      September **20**, 2007

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/20/07]*

                            SO ORDERED:

                            *[signature]*

                          **HONORABLE RICHARD J. SULLIVAN**
                          United States District Judge